**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AMANDA JEAN WRIGHT**                                                                **PLAINTIFF**

**NO. 1:20CV00076-JMV**

**ANDREW SAUL**
*Commissioner of Social Security*                                           **DEFENDANT**

**FINAL JUDGMENT**

Consistent with the Memorandum Opinion [22] entered today, the final decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and the clerk is directed to close this case.

**SO ORDERED AND ADJUDGED** this, the 5th day of May, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE